iss. Cert. Mail

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Virginia

FMC CORPORATION,

Plantiff

V.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
and STEPHEN L. JOHNSON, ADMINISTRATOR

Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:07 cv 819

TO: (Name and address of Defendant)

U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, DC 20460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth Weinstein
Latham & Watkins LLP
555 11th Street NW, Suite 1000
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                         DATE

_____
(By) DEPUTY CLERK

*iw. Cut. Mail*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Virginia__

AUG 16 P 12: 45

CLERK U.S. ...
ALEXANDRIA, VIRGINIA

FMC CORPORATION,

      Plantiff

      V.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
and STEPHEN L. JOHNSON, ADMINISTRATOR

      Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07 cv 819

TO: (Name and address of Defendant)

Stephen L. Johnson
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, DC 20460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth Weinstein
Latham & Watkins LLP
555 11th Street NW, Suite 1000
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

iss. cert. mail
RECEIVED

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Eastern__   District of __Virginia__   2007 SEP 12 P 12:45

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

FMC CORPORATION,

Plantiff

V.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
and STEPHEN L. JOHNSON, ADMINISTRATOR

Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:07 CV 819

TO: (Name and address of Defendant)

U.S. Attorney General Alberto R. Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth Weinstein
Latham & Watkins LLP
555 11th Street NW, Suite 1000
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                               DATE

(By) DEPUTY CLERK

⍟AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern  District of  Virginia

FMC CORPORATION,

Plantiff

V.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, ADMINISTRATOR

Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1: 07 cv 819

TO: (Name and address of Defendant)

Charles Rosenberg
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA  22314

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth Weinstein
Latham & Watkins LLP
555 11th Street NW, Suite 1000
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                    DATE

(By) DEPUTY CLERK