FILED

2007 AUG 16 P 12: 23

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| FMC CORPORATION<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY, and STEPHEN L.<br>JOHNSON, ADMINISTRATOR<br><br>*Defendants.* | Civil Action No. 1:07 cv 819 |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1. of the Eastern District of Virginia and to enable Judges and magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for FMC Corporation, Plaintiff in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public or that own more than ten percent of the stock of FMC Corporation.

Dated: August 16, 2007

Respectfully submitted,

By: _/s/ Abid R. Qureshi_
Abid R. Qureshi (VSB No. 41814)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
E-mail: abid.qureshi@lw.com

Of Counsel:

1

2

        Kenneth W. Weinstein
        Claudia M. O'Brien
        Mark A. Miller
        LATHAM & WATKINS LLP
        555 Eleventh Street, N.W., Suite 1000
        Washington D.C. 20004-1304
        Telephone: (202) 637-2200
        Facsimile: (202) 637-2201
        E-mail: ken.weinstein@lw.com
              claudia.o'brien@lw.com
              mark.miller@lw.com

*Attorneys for Plaintiff FMC Corporation*