IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| FMC CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv819 |
| | ) | (GBL/BRP) |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY, and STEPHEN | ) | |
| L. JOHNSON, ADMINISTRATOR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Assistant United States Attorney Lauren A. Wetzler as counsel for Defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator.

Respectfully submitted,

CHUCK ROSENBERG
United States Attorney

By:         /s/
Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov

Counsel for All Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Abid R. Qureshi
>LATHAM & WATKINS LLP
>555 Eleventh St., NW, Suite 1000
>Washington, DC 20004-1304
>abid.qureshi@lw.com

>\_\_/s/_____
>Lauren A. Wetzler
>Assistant United States Attorney
>Justin W. Williams United States Attorney's Building
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>Tel: (703) 299-3752
>Fax: (703) 299-3983
>Lauren.Wetzler@usdoj.gov
>Counsel for All Defendants