IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
2007 AUG 23 A 11: 01
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| FMC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, ADMINISTRATOR,<br><br>Defendants. | CIVIL ACTION NO. 1:07cv819 (GBL/BRP) |

## CERTIFICATION PURSUANT TO LOCAL RULE 4(A)

Pursuant to Local Rule 4(A), it is hereby certified that Plaintiff's complaint in the above-captioned action was delivered to the Office of the United States Attorney via certified mail, bearing a postmark of August 16, 2007, and was officially received on August 21, 2007.

Respectfully submitted,

CHUCK ROSENBERG
United States Attorney

By: /s/ Lauren A. Wetzler
Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
lauren.wetzler@usdoj.gov

Counsel for All Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2007, a true copy of the foregoing was served on plaintiff by first class mail addressed to:

Abid R. Qureshi
LATHAM & WATKINS LLP
555 Eleventh St., NW, Suite 1000
Washington, DC 20004-1304

Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
lauren.wetzler@usdoj.gov