# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

## ORDER

FILED
SEP 1 0 2007
CLERK, U.S. DISTRICT C...
ALEXANDRIA, VIRGINIA

**FMC CORPORATION,**

**Plaintiff**

V.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.**
**Defendants.**

**NOTICE OF CONTINUANCE**
**CASE NO. 1:07-CV-819**

---

Type of Case:
☒ CIVIL    ☐ CRIMINAL

---

☐ TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

---

PLACE:

UNITED STATES DISTRICT COURT
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314

DATE AND TIME:

**September 26, 2007 at 10:00 AM**

---

TYPE OF PROCEEDING: Initial Pretrial Conference

Continued per request of Court from September 19, 2007 to September 26, 2007 at 10:00am

/s/
~~Barry R. Poretz~~
**United States Magistrate Judge**

---

BARRY R. PORETZ
UNITED STATES MAGISTRATE JUDGE

DATE: September 10, 2007