UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FMC CORPORATION )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, and STEPHEN L. )<br>JOHNSON, ADMINISTRATOR )<br>)<br>*Defendants*. )<br>) | Civil Action No. 1:07CV819<br>(GBL/BRP) |

**DEFENDANTS' PROPOSED DISCOVERY PLAN**

Pursuant to the Court's Orders of September 5, 2007, September 10, 2007, and September 13, 2007, and Fed. R. Civ. P. 16(b), Plaintiff FMC Corporation ("FMC") and Defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator (collectively "EPA" or "Defendants"), have conferred by telephone to consider (i) the claims, defenses, and possibilities of a prompt settlement or resolution of the case, (ii) trial before a Magistrate Judge, (iii) initial disclosures, and (iv) to develop a plan to complete discovery by January 11, 2008. EPA intends to file with the Court a copy of the administrative record on or before October 2, 2007. Because the Parties have not been able to agree upon whether the Plaintiff should be entitled to supplement the administrative record or rely upon documents that are outside the administrative record in this matter, Defendants submit this proposed discovery plan.

This case arises under the Administrative Procedures Act (APA), 5 U.S.C. § 701, *et seq*. Judicial review is, therefore, limited to the administrative record for the agency action challenged

herein. *See Camp v. Pitts*, 411 U.S. 138, 142 (1973) ("[T]he focal point for judicial review should be the administrative record already in existence, not some new record made initially in the reviewing court."). The standard of review is set out in the APA, 5 U.S.C. § 706(2)(A) (the "arbitrary and capricious" standard), and this action thus presents solely issues of law, with no issues of disputed fact. The EPA believes, therefore, that this litigation is properly resolved through the filing of motions for summary judgment or other dispositive motions. Accordingly, EPA proposes as follows:

    1.    **Initial Disclosures under Rule 26(a)(1)**: Because this is an "action for review on an administrative record," this case is "exempt from initial disclosure under Rule 26(a)(1)." Fed. R. Civ. P. 26(a)(1)(E).

    2.    **Magistrate Judge**: EPA does not consent to proceeding to trial or disposition of the merits of the action before a Magistrate Judge.

    3.    **Protective Order**: Because the APA limits judicial review of agency action to the administrative record, 5 U.S.C. § 706, it is not necessary to enter a protective order governing the production and disclosure of certain confidential and proprietary information in this case.

    4.    **Expert Depositions**: Because the APA limits judicial review of agency action to the administrative record, 5 U.S.C. § 706, there is no basis for conducting discovery and no expert depositions will be conducted.

    5.    **Deposition and Interrogatory Limits**: Because there is no basis for conducting discovery, there is no need for the limitation on the number of interrogatories and depositions as set forth in the Court's September 5, 2007 Order and in the Court's September 13, 2007 Revised Order.

6. **Discovery Closure**: Because there is no basis for conducting discovery, there is no need for the discovery completion date of January 11, 2008, which is set forth in the Court's September 5, 2007 Order and in the Court's September 13, 2007 Revised Order.

7. **Expert Disclosures Under Rule 26(a)(2) and Local Rule 26(D)**: Because there is no basis for conducting discovery, there will be no need to make expert disclosures under Fed. R. Civ. P. 26(a)(2) and Local Rule 26(D).

EPA respectfully requests that the Court adopt this Discovery Plan.

Dated: September 19, 2007

                    Respectfully submitted,

CHUCK ROSENBERG
United States Attorney

_____/s/_____
Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams United States Attorney Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3752
Facsimile: (703) 299-3983
E-mail: Lauren.Wetzler@usdoj.gov

Monica Derbes Gibson (VSB No. 36373)
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, D.C 20026-3986
Telephone: (202) 514-0135
Facsimile:202-514-8865
E-mail: monica.gibson@usdoj.gov

*Attorneys for All Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Abid R. Qureshi
>Latham & Watkins LLP
>555 Eleventh Street, NW, Suite 1000
>Washington, D.C. 20004-1304
>Email: abid.qureshi@lw.com

>\_\_\_\_/s/_____
>Lauren A. Wetzler
>Assistant United States Attorney
>Justin W. Williams United States Attorney Building
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>Telephone: (703) 299-3752
>Facsimile: (703) 299-3983
>E-mail: Lauren.Wetzler@usdoj.gov