**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **FMC CORPORATION** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:07CV819A** |
| | ) | |
| **UNITED STATES ENVIRONMENTAL** | ) | |
| **PROTECTION AGENCY, and STEPHEN L.** | ) | |
| **JOHNSON, ADMINISTRATOR** | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**PLAINTIFF FMC CORPORATION'S PROPOSED DISCOVERY PLAN**

Pursuant to the Court's September 5, 2007 Order and Fed. R. Civ. P. 16(b), Plaintiff

FMC Corporation ("FMC") and Defendants United States Environmental Protection Agency and

Stephen L. Johnson, Administrator (collectively "EPA") (together with FMC, the "Parties"),

conferred by telephone on September 7, 2007 to consider (i) the claims, defenses, possibilities of

a prompt settlement or resolution of the case, (ii) trial before a Magistrate Judge, (iii) initial

disclosures, and (iv) to develop a plan to complete discovery by October 15, 2004.

During that conference, the Parties agreed that this litigation presents solely issues of law,

that there are no issues of disputed fact, and that this litigation is properly resolved through the

filing of motions for summary judgment or other dispositive motions.  Although the Parties

agreed to the substance of a discovery plan, the Parties could not agree on the wording of such a

plan.  Accordingly, FMC requests that the Court enter the following discovery plan:

1.    **Initial Disclosures under Rule 26(a)(1)**:  The Parties agreed that they will not

exchange Fed. R. Civ. P. 26(a)(1) initial disclosures.

2.      **Magistrate Judge**:  The Parties do not consent to proceeding to trial or disposition of the merits of the action before a Magistrate Judge.

3.      **Protective Order**:  The Parties agree that, because there is no basis for conducting discovery, it is not necessary to enter a protective order governing the production and disclosure of certain confidential and proprietary information in this case.

4.      **Expert Depositions**:  The Parties agree that, because there is no basis for conducting discovery, no expert depositions will be conducted.

5.      **Deposition and Interrogatory Limits**:  The Parties agree that, because there is no basis for conducting discovery, the limitation on the number of interrogatories and depositions as set forth in the Court's September 5, 2007 Order is sufficient.

6.      **Discovery Closure**:  The Parties agree that, because there is no basis for conducting discovery, the discovery completion date of January 11, 2008, which is set forth in the Court's September 5, 2007 Order is sufficient.

7.      **Expert Disclosures Under Rule 26(a)(2) and Local Rule 26(D)**:  The Parties agree that, because there is no basis for conducting discovery, they will not need to make Fed. R. Civ. P. 26(a)(2) expert disclosures.

FMC respectfully requests that the Court adopt this Discovery Plan.

Dated: September 19, 2007

   /s/ Abid R. Qureshi
Abid R. Qureshi
Virginia Bar No. 41814
Attorney for Plaintiff FMC Corporation
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
E-mail: abid.qureshi@lw.com

Of Counsel:

Kenneth W. Weinstein
Claudia M. O'Brien
Mark A. Miller
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
E-mail: ken.weinstein@lw.com
      claudia.o'brien@lw.com
      mark.miller@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2007, I electronically filed the foregoing Proposed

Discovery Plan with the Clerk of Court using the CM/ECF system, which will send notification

of such filing to the following:

> Lauren A. Wetzler
> Assistant United States Attorney
> Justin W. Williams United States Attorney Building
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> Telephone: (703) 299-3752
> Facsimile: (703) 299-3983
> E-mail: Lauren.Wetzler@usdoj.gov

And I hereby certify that I will mail the document by U.S. mail to the following non-

filing user:

> Monica Derbes Gibson
> Environmental Defense Section
> Environment and Natural Resources
>     Division
> United States Department of Justice
> P.O. Box 23986
> Washington, D.C  20026-3986
> Telephone:  (202) 514-0135
> Facsimile:202-514-8865
> E-mail:  monica.gibson@usdoj.gov

> /s/ Abid R. Qureshi
> Abid R. Qureshi
> Virginia Bar No. 41814
> Attorney for Plaintiff FMC Corporation
> LATHAM & WATKINS LLP
> 555 Eleventh Street, N.W., Suite 1000
> Washington, D.C. 20004-1304
> Telephone: (202) 637-2200
> Facsimile: (202) 637-2201
> E-mail: abid.qureshi@lw.com