IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __07 Civ. 00819__, Case Name __FMC Corp. v. EPA__
Party Represented by Applicant: __FMC Corporation__

F I L E D
SEP 2 2 2007
CLERK
ALEX...

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Kenneth Ward Weinstein__
Bar Identification Number __194548__  State __District of Columbia__
Firm Name __Latham & Watkins LLP__
Firm Phone # __(202) 637-2200__  Direct Dial # __(202) 637-2166__  FAX # __(202) 637-2201__
E-Mail Address __ken.weinstein@lw.com__
Office Mailing Address __555 11th Street NW, Suite 1000; Washington, DC 20004__

Name(s) of federal court(s) in which I have been admitted __Supreme Court, D.C. Circuit, D.D.C.__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

__Abid R. Qureshi__    __09-17-07__
(Signature)               (Date)
__Abid R. Qureshi__
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
__Gerald Bruce Lee__
__United States District Judge__
(Judge's Signature)

__9.22.07__
(Date)

```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100003694
Cashier ID: rbroaden
Transaction Date: 09/18/2007
Payer Name: LATHAM
------------------------------------
PRO HAC VICE
  For: LATHAM
  Case/Party: D-VAE-1-07-CR-PROHAC-001
  Amount:        $150.00
------------------------------------
CHECK
  Remitter: LATHAM
  Check/Money Order Num: 324398
  Amt Tendered: $150.00
------------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:     $0.00

3 PRO HAC VICE

107CV819

KENNETH WEINSTEIN

MARK MILLER
CLAUDIA O'BRIEN
```