## INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE  Poretz          CA- 07-819

DATE: 9-26-07          TIME: 10am

APPEARANCES COUNSEL FOR: Defendant's Discovery Plan

(✓)PLAINTIFF  (✓)DEFENDANT  ( )PRO SE PLAINTIFF  ( )PRO SE DEFENDANT

DISCOVERY PLAN:

(✓)APPROVED  ( )APPROVED AS AMENDED  ( )FILE BY _____

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

( )YES

( )CONSENT SIGNED

ADR/SETTLEMENT:

( )PENDING  ( )WILL DISCUSS  ( )OTHER

(✓)ORDER TO ISSUE

CASE CONTINUED TO _____ FOR 16(B) CONFERENCE