IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
SEP 27 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

FMC CORPORATION,           )
                           )
         Plaintiff,        )
v.                         )
                           )   Civil Action No. 1:07-CV-819
UNITED STATES ENVIRONMENTAL)
PROTECTION AGENCY, et al., )
         Defendants.       )

## RULE 16(B) SCHEDULING ORDER

1. Upon consideration of the representations made by the parties at the Rule 16(b) Conference, the Court makes the following rulings:

a. *Copies of all non-dispositive motions and all papers relating to such motions shall be delivered directly to the chambers of the undersigned magistrate judge when the originals are filed with the clerk.*

b. The Rule 26(f) report filed by the parties is approved (except for the provision for scheduling dispositive motions, which will be set by the district judge), and shall control discovery to the extent of its application unless modified by the court.

c. Each defendant who has not yet appeared shall make Rule 26(a)(1) disclosures within eleven days after responding to the Complaint, and all other parties who have then appeared shall make their disclosures to such defendant within that period.

d. Any motion to amend the pleadings or to join a party shall be made as soon as possible after counsel becomes aware of the grounds for the motion.

2. *Sealing of Documents*: Filings under seal are disfavored and discouraged. See *Virginia Department of State Police v. The Washington Post, et. al.*, 386 F.3d 567, 575-76 (4th Cir. 2004). Any motion to file documents under seal, including a motion for entry of a protective order containing provisions for filing documents under seal, must comply with Local Civil Rule 5 and must be docketed for a hearing or made in open court. The motion must state sufficient facts supporting the action sought, and each proposed order must include specific findings.

3. All motions, except for summary judgment, shall be noticed for hearing on the earliest possible Friday before the pretrial conference. Ten working days' notice is required for motions to dismiss, for summary judgment, for patent claim construction, and for judgment on the pleadings.

Non-dispositive motions must be filed and delivered by the Friday before the Friday for which noticed, with responses due not later than the Wednesday before the hearing.

    4. Without leave of Court, all Fed. R. Civ. P. 12 issues shall be raised in one pleading. Similarly, unless Court permission is obtained in advance, all summary judgment issues must be presented in the same pleading.

    5. All motions must adhere to the page limits set in Local Rule 7(E) (3). No pleading shall be in type less than ten (10) pitch or twelve (12) point.

    6. Depositions, interrogatories, requests for documents and admissions and answers thereto shall not be filed except on Order of the Court, or for use in any motion, or at trial.

    7. In non-jury cases, counsel shall file with the clerk at the beginning of trial, written proposed findings of fact and conclusions of law. In jury cases, instructions shall be filed five (5) days prior to trial in accordance with Local Rule 51. Violation of this rule will constitute a waiver of objections to any instructions given.

                              /s/
                              Barry R. Poretz
                              ~~United States Magistrate Judge~~
                              Barry R. Poretz
                              United States Magistrate Judge

Date: September 27, 2007
Alexandria, Virginia
Enclosure

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **FMC CORPORATION** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07CV819 |
| | ) | (GBL/BRP) |
| **UNITED STATES ENVIRONMENTAL** | ) | |
| **PROTECTION AGENCY, and STEPHEN L.** | ) | |
| **JOHNSON, ADMINISTRATOR** | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

### DEFENDANTS' PROPOSED DISCOVERY PLAN

Pursuant to the Court's Orders of September 5, 2007, September 10, 2007, and September 13, 2007, and Fed. R. Civ. P. 16(b), Plaintiff FMC Corporation ("FMC") and Defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator (collectively "EPA" or "Defendants"), have conferred by telephone to consider (i) the claims, defenses, and possibilities of a prompt settlement or resolution of the case, (ii) trial before a Magistrate Judge, (iii) initial disclosures, and (iv) to develop a plan to complete discovery by January 11, 2008. EPA intends to file with the Court a copy of the administrative record on or before October 2, 2007. Because the Parties have not been able to agree upon whether the Plaintiff should be entitled to supplement the administrative record or rely upon documents that are outside the administrative record in this matter, Defendants submit this proposed discovery plan.

This case arises under the Administrative Procedures Act (APA), 5 U.S.C. § 701, *et seq.* Judicial review is, therefore, limited to the administrative record for the agency action challenged

*Approved* [handwritten signature]
9/26/07

herein. *See Camp v. Pitts*, 411 U.S. 138, 142 (1973) ("[T]he focal point for judicial review should be the administrative record already in existence, not some new record made initially in the reviewing court."). The standard of review is set out in the APA, 5 U.S.C. § 706(2)(A) (the "arbitrary and capricious" standard), and this action thus presents solely issues of law, with no issues of disputed fact. The EPA believes, therefore, that this litigation is properly resolved through the filing of motions for summary judgment or other dispositive motions. Accordingly, EPA proposes as follows:

1. **Initial Disclosures under Rule 26(a)(1)**: Because this is an "action for review on an administrative record," this case is "exempt from initial disclosure under Rule 26(a)(1)." Fed. R. Civ. P. 26(a)(1)(E).

2. **Magistrate Judge**: EPA does not consent to proceeding to trial or disposition of the merits of the action before a Magistrate Judge.

3. **Protective Order**: Because the APA limits judicial review of agency action to the administrative record, 5 U.S.C. § 706, it is not necessary to enter a protective order governing the production and disclosure of certain confidential and proprietary information in this case.

4. **Expert Depositions**: Because the APA limits judicial review of agency action to the administrative record, 5 U.S.C. § 706, there is no basis for conducting discovery and no expert depositions will be conducted.

5. **Deposition and Interrogatory Limits**: Because there is no basis for conducting discovery, there is no need for the limitation on the number of interrogatories and depositions as set forth in the Court's September 5, 2007 Order and in the Court's September 13, 2007 Revised Order.

6.  **Discovery Closure**: Because there is no basis for conducting discovery, there is no need for the discovery completion date of January 11, 2008, which is set forth in the Court's September 5, 2007 Order and in the Court's September 13, 2007 Revised Order.

7.  **Expert Disclosures Under Rule 26(a)(2) and Local Rule 26(D)**: Because there is no basis for conducting discovery, there will be no need to make expert disclosures under Fed. R. Civ. P. 26(a)(2) and Local Rule 26(D).

EPA respectfully requests that the Court adopt this Discovery Plan.

Dated: September 19, 2007

    Respectfully submitted,

    CHUCK ROSENBERG
    United States Attorney

    \_\_\_\_/s/_____
    Lauren A. Wetzler
    Assistant United States Attorney
    Justin W. Williams United States Attorney Building
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Telephone: (703) 299-3752
    Facsimile: (703) 299-3983
    E-mail: Lauren.Wetzler@usdoj.gov

    Monica Derbes Gibson (VSB No. 36373)
    Environmental Defense Section
    Environment and Natural Resources Division
    United States Department of Justice
    P.O. Box 23986
    Washington, D.C 20026-3986
    Telephone: (202) 514-0135
    Facsimile:202-514-8865
    E-mail: monica.gibson@usdoj.gov

    *Attorneys for All Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Abid R. Qureshi
>Latham & Watkins LLP
>555 Eleventh Street, NW, Suite 1000
>Washington, D.C. 20004-1304
>Email: abid.qureshi@lw.com

>\_\_\_\_/s/_____
>Lauren A. Wetzler
>Assistant United States Attorney
>Justin W. Williams United States Attorney Building
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>Telephone: (703) 299-3752
>Facsimile: (703) 299-3983
>E-mail: Lauren.Wetzler@usdoj.gov