IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| FMC CORPORATION, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 07 Civ. 00819 |
| | ) | |
| U. S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | ) ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

NOTICE OF HEARING ON DECEMBER 7, 2007, ON FMC CORPORATION'S
MOTION FOR JUDGMENT ON THE PLEADINGS

**To All Interested Parties, Defendants, and Their Attorneys of Record:**

    **PLEASE TAKE NOTICE** that on December 7, 2007, at 10 a.m., or as soon thereafter as the matter may be heard, Plaintiff FMC Corporation ("FMC"), by its Counsel, will present oral argument in support of its Motion for Judgment on the Pleadings against Defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator.

| | |
|---|---|
| Dated: October 5, 2007 | /s/ Abid R. Qureshi |
| | Abid R. Qureshi |
| | Virginia Bar No. 41814 |
| | Attorneys for Plaintiff FMC Corporation |
| | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, N.W., Suite 1000 |
| | Washington, D.C. 20004-1304 |
| | Telephone: (202) 637-2200 |
| | Facsimile: (202) 637-2201 |
| | E-mail: abid.qureshi@lw.com |
| | |
| | Kenneth W. Weinstein (admitted *pro hac vice*) |
| | Claudia M. O'Brien     (admitted *pro hac vice*) |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2007, I electronically filed the foregoing Notice of Hearing on December 7, 2007, on FMC Corporation's Motion for Judgment on the Pleadings with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Lauren A. Wetzler
>Assistant United States Attorney
>Justin W. Williams United States Attorney Building
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>Telephone: (703) 299-3752
>Facsimile: (703) 299-3983
>E-mail: Lauren.Wetzler@usdoj.gov

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

>Monica Derbes Gibson
>Environmental Defense Section
>Environment and Natural Resources Division
>United States Department of Justice
>P.O. Box 23986
>Washington, D.C. 20026-3986
>Telephone: (202) 514-0135
>Facsimile: (202) 514-8865
>E-mail: monica.gibson@usdoj.gov

>/s/ Abid R. Qureshi
>Abid R. Qureshi
>Virginia Bar No. 41814
>Attorney for Plaintiff FMC Corporation
>LATHAM & WATKINS LLP
>555 Eleventh Street, N.W., Suite 1000
>Washington, D.C. 20004-1304
>Telephone: (202) 637-2200
>Facsimile: (202) 637-2201
>E-mail: abid.qureshi@lw.com