UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FMC Corporation,              ) | |
| ) | |
| *Plaintiff*,              ) | |
| ) | |
| v.              ) | |
| ) | Civil Action No. 1: 07cv0819 |
| United States Environmental Protection,  ) | GBL-BRP |
| Agency, and Stephen L. Johnson,  ) | |
| Administrator,              ) | |
| ) | |
| *Defendants.*              ) | |
| _____) | |
| ) | |
| Natural Resources Defense Council, Inc.,  ) | |
| ) | |
| *Proposed Defendant-Intervenor.*  ) | |
| ) | |

### ORDER GRANTING DEFENDANT NRDC'S MOTION TO INTERVENE

The Court having considered the Motion of the Natural Resources Defense Council, Inc. to Intervene as a Defendant in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure, and the papers filed in support thereof, and for good cause shown,

IT IS HEREBY ORDERED that the Motion of the Natural Resources Defense Council to Intervene as a Defendant is GRANTED.

DATED: _____          _____
                                                                  United States District Judge