AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

EASTERN                   DISTRICT OF         VIRGINIA

FMC Corporation,
    Plaintiff

v.

United States Environmental
Protection Agency, and
Stephen L. Johnson, Administrator,
    Defendant

**APPEARANCE**

Case Number: 1:07-CV-819

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Natural Resources Defense Council

I certify that I am admitted to practice in this court.

10/05/2107
Date

*(signature)*
Signature

John F. Mardula     VSB No. 15606
Print Name     Bar Number

11800 Sunrise Valley Drive, Suite 1000
Address

Reston,     Virginia     20191
City     State     Zip Code

(703) 391-2900     (703) 391-2901
Phone Number     Fax Number