IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:07-CV-819__, Case Name __FMC Corp. v. US EPA__
Party Represented by Applicant: __NRDC (Proposed Intervenor)__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __NANCY MARKS__
Bar Identification Number __2121820__ State __New York__
Firm Name __Natural Resources Defense Council__
Firm Phone # __212-727-2700__ Direct Dial # __212-727-4414__ FAX # __212-727-1773__
E-Mail Address __nmarks@nrdc.org__
Office Mailing Address __40 West 20th Street    New York, NY    10011-4231__
Name(s) of federal court(s) in which I have been admitted __US Court of Appeals for the 1, 3 & 6 DC Circuits, SD-NY, ND-NY, ED-WI, District of Massachusetts__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_Nancy S Marks_
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant personally; that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_[signature]_    __11/5/2007__
(Signature)    (Date)
__JOHN F. MARDULA__
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted __✓__

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
__Gerald Bruce Lee__
United States District Judge    __10-9-07__
(Judge's Signature)    (Date)



Roberts ▪ Mardula & Wertheim, LLC

RECEIVED

2007 OCT -5 P 3: 09

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

October 5, 2007

**VIA HAND DELIVERY**
The Honorable Elizabeth Paret, Clerk
United States District Court
   for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

      Re:    *FMC Corporation v. US Environmental Protection Agency, et al.*
                Civil Action No. 1:07 CV 819(GBL/BRP)

Dear Ms. Paret:

Enclosed please find an original and two sets of:

1. Application to Qualify as a Foreign Attorney for Nancy Marks;
2. Application to Qualify as a Foreign Attorney for Thom Cmar;
3. Application to Qualify as a Foreign Attorney for Mae Wu; and
4. Natural Resources Defense Council's Check No. 1032, for filing fees for the above listed Applications.

In addition, one extra set of each of the applications is enclosed for date-stamping and return in the enclosed self addressed stamped envelope. Thank you for your attention to this matter. Please do not hesitate to contact our office if you have any questions.

                              Very truly yours,

                              ROBERTS MARDULA & WERTHEIM, LLC

                              John F. Mardula

JFM/rah
Enclosures as stated

11800 Sunrise Valley Drive, Suite 1000, Reston, VA  20191 ▪ Tel: 703.391.2900 ▪ Fax: 703.391.2901 ▪ E-mail: info@globe-ip.com

```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100004047
Cashier ID: fcansler
Transaction Date: 10/05/2007
Payer Name: NATURAL RESOURDES DEFENSE
-----------------------------------
PRO HAC VICE
 For: NATURAL RESOURDES DEFENSE
 Case/Party: D-VAE-1-07-CR-PROHAC-001
 Amount:        $150.00
-----------------------------------
CHECK
 Check/Money Order Num: 1032
 Amt Tendered: $150.00
-----------------------------------
Total Due:     $150.00
Total Tendered: $150.00
Change Amt:    $0.00

07-CV-819  PROHAC


NANCY MARKS
THOM CHAR
MAE WU
```