

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| FMC CORPORATION | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, Administrator, | ) CIVIL ACTION NO.1:07CV819 GBL/BRP |
| Defendants. | ) |

### THE PARTIES' JOINT STIPULATION AND CONSENT ORDER REGARDING BRIEFING SCHEDULE

**WHEREAS,** counsel for Plaintiff FMC Corporation ("Plaintiff") and counsel for Defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator ("Defendants"; Plaintiff and Defendants are collectively referenced as the "Parties") have conferred and agreed upon the briefing schedule concerning substantive motions that the Parties anticipate being filed in this action in order to expeditiously progress the action;

**NOW THEREFORE,** the Parties stipulate as follows, and respectfully request the Court to enter the following stipulation as an Order in the above-captioned action:

1. Plaintiff shall file any dispositive motion on October 4, 2007;

2. Defendants will file their opposition to any dispositive motion Plaintiff might file,

along with any dispositive motion they might file, on or before noon on Monday, October 29, 2007;

3.    Plaintiff will file its reply to any opposition by Defendants, as well as any opposition to any dispositive motion Defendants might file, on or before noon on Wednesday, November 21, 2007.

4.    Defendants will file their reply to any opposition by Plaintiffs on or before 5 p.m. on December 3, 2007.

5.    Plaintiffs will notice Friday, December 7, 2007, as the date on which their dispositive motion will be heard, or, if the Court is not available to hear the motion on that date, for the next date thereafter on which the Court is so available that is mutually agreeable to counsel for both Plaintiff and Defendants.

Dated: October 5, 2007

| THE DEFENDANTS | THE PLAINTIFF |
|---|---|
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, Administrator | FMC CORPORATION |

/s/ Lauren A. Wetzler
Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams United States
Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3752
Facsimile: (703) 299-3983
E-Mail: lauren.wetzler@usdoj.gov

Monica Derbes Gibson
Environmental Defense Section
Environment and Natural Resources
Division
U.S. Department of Justice
601 D Street, N.W.
Washington, DC 20004
Telephone: (202) 514-0135
Facsimile: (202) 514-8865
E-Mail: Monica.Gibson@usdoj.gov

*Counsel for Defendants U.S. Environmental Protection Agency and Stephen L. Johnson, Administrator*

/s/ Abid R. Qureshi
Abid R. Qureshi (VSB No. 41814)
Kenneth W. Weinstein
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington DC 20004
Telephone: (202) 342-8000
Facsimile: (202) 342-8451
E-Mail: abid.qureshi@lw.com;
ken.weinstein@lw.com
*Counsel for Plaintiff FMC Corporation*

SO ORDERED this 9th day of October, 2007:

/s/
Gerald Bruce Lee
United States District Judge
_____
United States District Judge