UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| FMC Corporation, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1: 07cv0819 |
| United States Environmental Protection, | ) | GBL-BRP |
| Agency, and Stephen L. Johnson, | ) | |
| Administrator, | ) | |
| | ) | |
| *Defendants.* | ) | |
| _____ | ) | |
| | ) | |
| Natural Resources Defense Council, Inc., | ) | |
| | ) | |
| *Proposed Defendant-Intervenor.* | ) | |
| | ) | |

## CONSENT ORDER REGARDING MOTION TO INTERVENE AND BRIEFING SCHEDULE

WHEREAS, on October 5, 2007, Plaintiff FMC Corporation ("FMC") and Defendants

U.S. Environmental Protection Agency and Stephen Johnson, Administrator (collectively,

"EPA") entered a Joint Stipulation and Consent Order Regarding Briefing Schedule;

WHEREAS, on October 5, 2007, Proposed Defendant-Intervenor Natural Resources

Defense Council, Inc. ("NRDC") filed a Motion to Intervene as a Defendant;

WHEREAS, EPA does not oppose NRDC's intervention in this case;

WHEREAS, FMC, having reviewed NRDC's motion papers, agrees not to oppose

NRDC's intervention as a defendant in this case, provided that NRDC agrees not to oppose the

briefing schedule to which FMC and EPA have agreed;

1

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and

between FMC, EPA, and NRDC, by their respective counsel, as follows:

1.  NRDC's Motion to Intervene as a Defendant in this case is GRANTED.

2.  NRDC shall adhere to the same scheduling deadlines as EPA, as set forth in the

    October 5, 2007 Joint Stipulation and Consent Order Regarding Briefing

    Schedule, which is incorporated into this Consent Order by reference.

Dated: October 11, 2007

DEFENDANTS

UNITED STATES ENVIRONMENTAL
CORPORATION PROTECTION AGENCY
and STEPHEN L. JOHNSON, Administrator

Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams United States Attorney's
Building
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3752
Fax: (703) 299-3983
Email: lauren.wetzler@usdoj.gov

Monica Derbes Gibson
Environmental Defense Section
Environment and Natural Resources Division
U.S. Department of Justice 601 D Street, N.W.
Washington, DC 20004
Telephone: (202) 514-0135
Facsimile: (202) 514-8865
E-Mail: Monica.Gibson@usdoj.gov

*Counsel for Defendants U.S. Environmental
Protection Agency and Stephen L. Johnson,
Administrator*

PLAINTIFF

FMC CORPORATION

Abid R. Qureshi (VSB No. 41814)
Kenneth W. Weinstein
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 342-8000
Fax: (202) 342-8451
Email: ken.weinstein@lw.com

*Counsel for Plaintiff FMC Corporation*

2

PROPOSED INTERVENOR-DEFENDANT

NATURAL RESOURCES DEFENSE
COUNCIL, INC.

*John F. Mardula (MCW)*

John F. Mardula, VSB No. 15606
Roberts Abokhair & Mardula, LLC
11800 Sunrise Valley Drive, Suite 1000
Reston, Virginia 20191-5302
(703) 391-2900 - Telephone
(703) 391-2901 - Facsimile

Mae C Wu
Nancy S. Marks
Thomas Cmar
Natural Resources Defense Council
1200 New York Ave., N.W.
Washington, DC 20005
(202) 289-6868 - Telephone
(202) 289-1060 - Facsimile

*Counsel for Proposed Intervenor-Defendant*
*Natural Resources Defense Council, Inc.*

SO ORDERED this 15ᵗʰ day of October, 2007:

_____
United States District Judge

_____/s/_____
Gerald Bruce Lee
United States District Judge

3