IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| FMC CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Action No. 1:07cv819-LMB-TCB |
| | ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL. | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk will substitute assistant United States attorney Ralph Andrew Price Jr. for assistant United States attorney Lauren A. Wetzler as counsel of record for defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator.

Respectfully submitted,

Chuck Rosenberg
United States Attorney

By:        /s/
Ralph Andrew Price Jr.
Assistant U.S. Attorney
Office of the U.S. Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3911
Facsimile: (703) 299-3983
andrew.price@usdoj.gov

Counsel for all defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 19, 2007, I filed electronically the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Abid R. Qureshi, Esquire
LATHAM & WATKINS LLP
555 Eleventh St., NW
Suite 1000
Washington, DC 20004-1304
abid.qureshi@lw.com

Counsel for plaintiff

    John Francis Mardula, Esquire
Roberts Abokhair & Mardula LLC
11800 Sunrise Valley Dr
Suite 1000
Reston, VA 20191-5317
Mardula@globe-IP.com


Counsel for intervenor


By:         /s/
    Ralph Andrew Price Jr.
Assistant U.S. Attorney
Office of the U.S. Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3911
Facsimile: (703) 299-3983
andrew.price@usdoj.gov

Counsel for all defendants