**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| FMC CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07cv819-GBL-BRP |
| | ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | ) |
| | ) |
| and | ) |
| | ) |
| STEVEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| NATURAL RESOURCES DEFENSE COUNCIL, INC. | ) |
| | ) |
| Intervenor. | ) |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(c), Defendants United States Environmental Protection Agency and Steven L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency, through their undersigned counsel, respectfully move this Court to grant summary judgment in their favor. The reasons for the requested relief are detailed in the attached memorandum of law.

//

//

Respectfully Submitted,

Chuck Rosenberg
United States Attorney


By: _____/s/_____
Ralph Andrew Price Jr.
Assistant United States Attorney
United States Attorney's Office
Justin W. Williams United States Attorney Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3911
Facsimile: (703) 299-3983
E-mail: andrew.price@usdoj.gov

Ronald J. Tenpas
Acting Assistant Attorney General
Environment and Natural Resources Division


By: _____/s/_____
Monica Derbes Gibson (VSB No. 36373)
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 514-0135
Facsimile: (202) 514-8865
E-mail: monica.gibson@usdoj.gov

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2007, I filed electronically the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

        Abid R. Qureshi, Esquire
        LATHAM & WATKINS LLP
        555 Eleventh St., NW
        Suite 1000
        Washington, DC 20004-1304
        abid.qureshi@lw.com

        Counsel for plaintiff

        John Francis Mardula, Esquire
        Roberts Abokhair & Mardula LLC
        11800 Sunrise Valley Dr
        Suite 1000
        Reston, VA 20191-5317
        Mardula@globe-IP.com

        Counsel for intervenor

By:       /s/      
        Ralph Andrew Price Jr.
        Assistant U.S. Attorney
        Office of the U.S. Attorney
        Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone: (703) 299-3911
        Facsimile: (703) 299-3983
        andrew.price@usdoj.gov

        Counsel for all defendants