

29 October 2007

The Honorable Gerald B. Lee
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

**Re: *FMC Corporation v. U.S. Environmental Protection Agency*, No. 1:07 CV 819 (GBL)**

Dear Judge Lee:

The Natural Resources Defense Council (NRDC) has intervened on behalf of Defendant Environmental Protection Agency (EPA) in the above-referenced matter. Today, NRDC filed a memorandum in opposition to Plaintiff FMC Corporation's Motion for Judgment on the Pleadings, and in support of EPA's anticipated cross-motion for judgment on the pleadings, also filed today. Subsequent to filing its memorandum with the Court, however, NRDC learned that EPA filed a Cross-Motion for Summary Judgment, rather than for judgment on the pleadings. Understanding that the standard of review for a summary judgment motion may be different than for a motion for judgment on the pleadings, NRDC requests that the Court consider its memorandum as supporting EPA's Cross-Motion for Summary Judgment. The substance of NRDC's brief remains the same. NRDC has informed counsel for FMC about this matter, who did not express any objections. Thank you.

Respectfully,

/s/ John F. Mardula
John F. Mardula, VSB No. 15606
Roberts Mardula & Wertheim, LLC
11800 Sunrise Valley Drive, Suite 1000
Reston, Virginia 20191-5302
(703) 391-2900 - Telephone
(703) 391-2901 - Facsimile

Mae C Wu (admitted *pro hac vice*)
Nancy S. Marks (admitted *pro hac vice*)
Thomas Cmar (admitted *pro hac vice*)

Natural Resources Defense Council
1200 New York Ave., N.W.
Washington, DC 20005
(202) 289-6868 - Telephone
(202) 289-1060 - Facsimile

*Attorneys for Defendant-Intervenor*
*Natural Resources Defense Council, Inc.*

cc:

Abid R. Qureshi, Esq.
Ken Weinstein, Esq.
Attorney for Plaintiff, FMC Corporation

Lauren Wetzler, Esq.
Monica Gibson, Esq.
Attorney for Defendant, US EPA