UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FMC Corporation,                              ) | |
|        *Plaintiff*,                                       ) | |
| v.                                                          ) | Civil Action No. 1: 07cv0819 |
| United States Environmental Protection,    ) | GBL-BRP |
| Agency, and Stephen L. Johnson,          ) | |
| Administrator,                                        ) | |
|        *Defendants.*                                ) | |
| Natural Resources Defense Council, Inc.,  ) | |
|        *Defendant-Intervener.*                  ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing (NEF) to the following:

       Abid R. Qureshi, Esq, Esq.
       LATHAM & WATKINS, LLP
       555 Eleventh Street, NW
       Washington, DC 20004-1304
       abid.qureshi@lw.com
       *Counsel for Plaintiffs*

       Ralph Andrew Price, Jr., Esq.
       Assistant U.S. Attorney
       Office of the U.S. Attorney
       Justin W. Williams U.S. Attorney's Building
       2100 Jamieson Avenue
       Alexandria, VA 22314
       andrew.price@usdoj.gov
       *Counsel for all Defendants*

                                                  Respectfully submitted,
                                                  Natural Resources Defense Council
                                                  By Counsel

 /s/ John F. Mardula
John F. Mardula, VSB No. 15606
Roberts Mardula & Wertheim, LLC
11800 Sunrise Valley Drive, Suite 1000
Reston, Virginia  20191-5302
(703) 391-2900 - Telephone
(703) 391-2901 - Facsimile
JMardula@Globe-IP.com

Of Counsel:

Mae C Wu
Nancy S. Marks
Thomas Cmar
Natural Resources Defense Council
1200 New York Ave., N.W.
Washington, DC  20005
(202) 289-6868 - Telephone
(202) 289-1060 – Facsimile
mwu@nrdc.org
nmarks@nrdc.org
tcmar@nrdc.org