**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| FMC CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07cv819-GBL-BRP |
| | ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | ) |
| | ) |
| and | ) |
| | ) |
| STEVEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| NATURAL RESOURCES DEFENSE COUNCIL, INC. | ) |
| | ) |
| Intervenor. | ) |
| | ) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE, that at 10:00 a.m. on Friday, December 7, 2007, or as soon thereafter as defendants may be heard, defendants will bring on for hearing their motion for summary judgment.

//

//

        Respectfully submitted,

        Chuck Rosenberg
        United States Attorney

By:        _____/s/_____
        Ralph Andrew Price Jr.
        Assistant United States Attorney
        OFFICE OF THE UNITED STATES ATTORNEY
        Justin W. Williams U.S. Attorney Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone: (703) 299-3911
        Facsimile: (703) 299-3983
        andrew.price@usdoj.gov

        Counsel for all defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2007, I filed electronically the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Abid R. Qureshi, Esquire
> LATHAM & WATKINS LLP
> 555 Eleventh St., NW
> Suite 1000
> Washington, DC 20004-1304
> abid.qureshi@lw.com
>
> Counsel for plaintiff
>
> John Francis Mardula, Esquire
> Roberts Abokhair & Mardula LLC
> 11800 Sunrise Valley Dr
> Suite 1000
> Reston, VA 20191-5317
> Mardula@globe-IP.com
>
> Counsel for intervenor

By: _____/s/_____
Ralph Andrew Price Jr.
Assistant United States Attorney
OFFICE OF THE UNITED STATES ATTORNEY
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3911
Facsimile: (703) 299-3983
andrew.price@usdoj.gov

Counsel for all defendants