```
       IN THE UNITED STATES DISTRICT COURT FOR THE
              EASTERN DISTRICT OF VIRGINIA
                    ALEXANDRIA DIVISION
```

FMC CORPORATION,                      )
                                      )
        Plaintiff,                    )
                                      )
        v.                            ) Case No. 1:07cv819
                                      )
UNITED STATES ENVIRONMENTAL           )
PROTECTION AGENCY,                    )
                                      )
and                                   )
                                      )
                                      )
STEVEN L. JOHNSON, Administrator,     )
United States Environmental           )
Protection Agency,                    )
                                      )
        Defendants,                   )
                                      )
and                                   )
                                      )
NATURAL RESOURCES                     )
DEFENSE COUNCIL, INC.,                )
                                      )
        Defendant-Intervenor.         )

[FILED NOV 28 2007 U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA]

## ORDER

THIS MATTER is before the Court on Plaintiff FMC Corporation's Motion for Judgment on the Pleadings and Defendants United States Environmental Protection Agency and Steven L. Johnson's Motion for Summary Judgment. It is hereby

ORDERED that the parties answer and submit supporting memorandum and authorities, no longer than three pages in length, to the following question: whether venue is proper in this district under 28 U.S.C. § 1391(e). The parties are directed to submit their respective answers with supporting memorandum and authorities no later than 12:00 p.m. (noon) on December 5, 2007. The parties shall

deliver two courtesy copies of their respective answers with supporting memorandum and authorities directly to chambers. It is further

ORDERED that the parties will address their respective answers to the Court's question at the December 7, 2007, hearing on the parties's motions.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 28 day of November, 2007.

Alexandria, Virginia
11/28/07

/s/
Gerald Bruce Lee
United States District Judge

-2-