UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| FMC Corporation, | ) | |
|     *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 1: 07cv0819 |
| United States Environmental Protection Agency, and Stephen L. Johnson, Administrator, | ) ) ) ) | GBL-BRP |
|     *Defendants.* | ) ) ) | |
| Natural Resources Defense Council, Inc., | ) ) | |
|     *Defendant-Intervenor.* | ) | |

**DEFENDANT-INTERVENOR'S SUPPLEMENTAL BRIEF REGARDING VENUE**

    Defendant-Intervenor Natural Resources Defense Council, Inc. ("NRDC") respectfully submits this supplemental brief in response to the Court's Order, dated November 28, 2007, directing the parties to address whether venue is proper in this district under 28 U.S.C. § 1391(e). In its complaint, Plaintiff FMC Corporation ("FMC") alleges that venue is proper in this district under 28 U.S.C. § 1391(e). Compl. ¶ 8. FMC does not specify a basis for its allegation.

    Under 28 U.S.C. § 1391(e), a civil action "may . . . be brought in any judicial district in which," in pertinent part, (1) "a defendant in this action resides"; (2) "a substantial part of the events or omissions giving rise to the claim occurred"; or (3) "the plaintiff resides if no real property is involved in the action." From the face of the complaint, it appears that neither subparagraph (1) nor subparagraph (3) apply here. Defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator (collectively "EPA") maintain their official residence, for venue purposes, in the District of Columbia. *See Lengacher v. Reno*, 75

F. Supp. 2d 515, 518 (E.D. Va. 1999) (finding that Attorney General "resides," for venue purposes, at Department of Justice headquarters in the District of Columbia).  FMC alleges in its Complaint that it is a Delaware corporation with its headquarters in Pennsylvania.  Compl. ¶ 9.

This issue turns, then, on the Court's findings with respect to subparagraph (2).  Although EPA officially resides in the District of Columbia, the agency's Office of Pesticide Programs is physically located in Arlington, Virginia, which is within this judicial district.  *See* Visiting the Office of Pesticide Programs, *at* http://www.epa.gov/pesticides/contacts/officelocation.htm (last visited Dec. 4, 2007).  To the extent that a substantial part of the acts and/or omissions that form the basis of FMC's claim occurred in that office, venue may be proper in this district under 28 U.S.C. § 1391(e)(2).  NRDC lacks sufficient knowledge to confirm whether this is the case.

Dated:  December 5, 2007

        Respectfully submitted,

         /s/ John F. Mardula
        John F. Mardula, Esq.
        Virginia Bar No. 15606
        *Counsel for Natural Resources Defense Council*
        Roberts Mardula & Wertheim, LLC
        11800 Sunrise Valley Drive, Suite 1000
        Reston, Virginia  20191-5302
        Phone: (703) 391-2900
        Fax: (703) 391-2901
        JMardula@globe-ip.com

        Mae C Wu (admitted *pro hac vice*)
        Nancy S. Marks (admitted *pro hac vice*)
        Thomas Cmar (admitted *pro hac vice*)
        Natural Resources Defense Council
        1200 New York Ave., N.W.
        Washington, DC  20005
        (202) 289-6868 - Telephone
        (202) 289-1060 - Facsimile

        *Attorneys for Defendant-Intervenor*
        *Natural Resources Defense Council, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing (NEF) to the following:

>Abid R. Qureshi, Esq, Esq.
>LATHAM & WATKINS, LLP
>555 Eleventh Street, NW
>Washington, DC 20004-1304
>abid.qureshi@lw.com
>*Counsel for Plaintiffs*
>
>Ralph Andrew Price, Jr., Esq.
>Assistant U.S. Attorney
>Office of the U.S. Attorney
>Justin W. Williams U.S. Attorney's Building
>2100 Jamieson Avenue
>Alexandria, VA 22314
>andrew.price@usdoj.gov
>*Counsel for Defendants*
>
>Brooke E. McDonough, Esq.
>Goodwin Procter LLP
>901 New York Ave, N. W.
>Washington, DC 20001
>bmcdonough@GoodwinProcter.com
>Counsel for Amicus Curiae American Bird Conservancy

>   /s/ John F. Mardula
> John F. Mardula, Esq.
> Virginia Bar No. 15606
> *Counsel for Natural Resources Defense Council*
> Roberts Mardula & Wertheim, LLC
> 11800 Sunrise Valley Drive, Suite 1000
> Reston, Virginia  20191-5302
> Phone: (703) 391-2900
> Fax: (703) 391-2901
> JMardula@globe-ip.com