# U.S. District Court
## Eastern District of Virginia (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00819-GBL-BRP
### Internal Use Only

12-7-07
11:30 - 11:45
r: Wilson
Appearance
Counsel

2

FMC Corporation v. United States Environmental Protection Agency et al
Assigned to: District Judge Gerald Bruce Lee
Referred to: Magistrate Judge Barry R. Poretz
Cause: 28:2201 Declaratory Judgment

Date Filed: 08/16/2007
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

Kenneth Weinstein

**Plaintiff**

**FMC Corporation**          represented by   **Abid Riaz Qureshi**
                                              Latham & Watkins LLP
                                              555 11th St NW
                                              Suite 1000
                                              Washington, DC 20004-1304
                                              (202) 637-2200
                                              Email: abid.qureshi@lw.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

Matter on for hrg on motions.
Matter of venue argued. Case is
transferred to the USDC for District
of Columbia. Order to issue.

**Defendant**

**United States Environmental Protection Agency**    represented by   **Lauren A. Wetzler**
                                                                      United States Attorney's Office
                                                                      2100 Jamieson Ave
                                                                      Alexandria, VA 22314
                                                                      **NA**
                                                                      (703) 299-3752
                                                                      Fax: (703) 299-3983
                                                                      Email: lauren.wetzler@usdoj.gov
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Ralph Andrew Price, Jr.**
                                                                      United States Attorney's Office
                                                                      2100 Jamieson Ave
                                                                      Alexandria, VA 22314
                                                                      **NA**
                                                                      (703) 299-3700
                                                                      Email: andrew.price@usdoj.gov
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen L. Johnson**          represented by   **Lauren A. Wetzler**
*Administrator*                                  (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Ralph Andrew Price, Jr.**
                                                 (See above for address)