IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DEC - 7 2007

| | |
|---|---|
| FMC CORPORATION,              ) | |
|        Plaintiff,      ) | |
|        v.               ) | Case No. 1:07cv819 |
| UNITED STATES ENVIRONMENTAL   ) | |
| PROTECTION AGENCY,            ) | |
| and                           ) | |
| STEVEN L. JOHNSON, Administrator, ) | |
| United States Environmental   ) | |
| Protection Agency,            ) | |
|        Defendants,     ) | |
| and                           ) | |
| NATURAL RESOURCES             ) | |
| DEFENSE COUNCIL, INC.,        ) | |
|        Defendant-Intervenor. ) | |

### ORDER

THIS MATTER is before the Court on Plaintiff FMC Corporation's Motion for Judgment on the Pleadings and Defendants United States Environmental Protection Agency and Steven L. Johnson's Motion for Summary Judgment. Upon reviewing the pleadings, the Court *sua sponte* raised the issue of venue pursuant to 28 U.S.C. § 1404(a). For the reasons stated in open court December 7, 2007, it is hereby

ORDERED that the case is transferred to the United States District Court for the District of Columbia.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 7th day of December, 2007.

Alexandria, Virginia
12/7/07

/s/
Gerald Bruce Lee
United States District Judge