# U.S. District Court
## Eastern District of Virginia (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:07–cv–00819–GBL–BRP

| | |
|---|---|
| FMC Corporation v. United States Environmental Protection Agency et al | Date Filed: 08/16/2007 |
| Assigned to: District Judge Gerald Bruce Lee | Date Terminated: 12/07/2007 |
| Referred to: Magistrate Judge Barry R. Poretz | Jury Demand: None |
| Cause: 28:2201 Declaratory Judgment | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**FMC Corporation**　　　represented by　**Abid Riaz Qureshi**
Latham &Watkins LLP
555 11th St NW
Suite 1000
Washington, DC 20004–1304
(202) 637–2200
Email: abid.qureshi@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Environmental Protection Agency**　　　represented by　**Lauren A. Wetzler**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
**NA**
(703) 299–3752
Fax: (703) 299–3983
Email: lauren.wetzler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ralph Andrew Price, Jr.**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
**NA**
(703) 299–3700
Email: andrew.price@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen L. Johnson**　　　represented by　**Lauren A. Wetzler**
*Administrator*　　　(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ralph Andrew Price, Jr.**

|   |   |   |
|---|---|---|
|   |   | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Defendant**

| | | |
|---|---|---|
| **Natural Resouces Defense Council, Inc.** | represented by | **John Francis Mardula**<br>Roberts Abokhair &Mardula LLC<br>11800 Sunrise Valley Dr<br>Suite 1000<br>Reston, VA 20191−5317<br>(703) 391−2900<br>Fax: 703 391 2901<br>Email: JMardula@globe−IP.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **The American Bird Conservancy** | represented by | **Brooke Ellinwood McDonough**<br>Goodwin Procter LLP<br>901 New York Ave NW<br>9th Fl East<br>Washington, DC 20001<br>202−346−4195<br>Email: bmcdonough@goodwinprocter.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2007 | 1 | COMPLAINT against United States Environmental Protection Agency, Stephen L. Johnson ( Filing fee $ 350 receipt number 100002986.), filed by FMC Corporation. (Attachments: # 1 Civil Cover Sheet # 2 Receipt)(nhall) (Entered: 08/21/2007) |
| 08/16/2007 | 2 | Summons Issued and given for service by certified mail as to United States Environmental Protection Agency, Stephen L. Johnson, U.S. Attorney and U.S. Attorney General. (nhall) (Entered: 08/21/2007) |
| 08/16/2007 | 3 | Financial Interest Disclosure Statement (Local Rule 7.1) by FMC Corporation. (nhall) (Entered: 08/21/2007) |
| 08/23/2007 | 4 | NOTICE of Appearance by Lauren A. Wetzler on behalf of all defendants (Wetzler, Lauren) (Entered: 08/23/2007) |
| 08/23/2007 | 5 | Certificate of Reporting Service by United States Environmental Protection Agency, Stephen L. Johnson. United States Environmental Protection Agency served on 8/16/2007, answer due 10/15/2007; Stephen L. Johnson served on 8/16/2007, answer due 10/15/2007. (nhall) (Entered: 08/30/2007) |
| 09/05/2007 | 6 | SCHEDULING ORDER: Initial Pretrial Conference set for 9/19/2007 at 10:00 AM before Magistrate Judge Barry R. Poretz. Final Pretrial Conference set for 1/17/2008 at 10:00 AM before District Judge Gerald Bruce Lee. Discovery due by 1/11/2008.Signed by Judge Gerald Bruce Lee on 9/5/07. (Attachments: # 1 Mag. Consent# 2 Pretrial Notice)(nhall) (Entered: 09/07/2007) |

| | | |
|---|---|---|
| 09/10/2007 | 7 | ORDER that the Initial Pretrial Conference is continued per request of Court from 9/19/2007 to 9/26/2007 at 10:00 AM before Magistrate Judge Barry R. Poretz. Signed by Judge Barry R. Poretz on 9/10/2007. (stas) (Entered: 09/11/2007) |
| 09/13/2007 | 8 | REVISED SCHEDULING ORDER: Initial Pretrial Conference set for 9/19/2007 at 10:00 AM before Magistrate Judge Barry R. Poretz. Final Pretrial Conference set for 1/17/2008 at 10:00 AM before District Judge Gerald Bruce Lee. Discovery due by 1/11/2008.Signed by Judge Gerald Bruce Lee on 9/13/07. (Attachments: # 1 Mag. Consent# 2 Pretrial Notice)(nhall) Text Modified on 9/17/2007 (nhall). (Entered: 09/17/2007) |
| 09/19/2007 | 9 | Discovery Plan by United States Environmental Protection Agency, Stephen L. Johnson.(Wetzler, Lauren) (Entered: 09/19/2007) |
| 09/19/2007 | 10 | Discovery Plan by FMC Corporation.(Qureshi, Abid) (Entered: 09/19/2007) |
| 09/22/2007 | 11 | ORDER granting appearance Pro hac vice of Kenneth Ward Weinstein Filing fee $ 50, receipt number 100003694. Signed by Judge Gerald Bruce Lee on 9/22/07. (nhall) Additional attachment(s) added on 9/25/2007 (nhall). Modified on 9/25/2007 To Add Copy Of Receipt(nhall). (Entered: 09/25/2007) |
| 09/22/2007 | 12 | ORDER granting appearance Pro hac vice of Mark Andrew Miller Filing fee $ 50, receipt number 100003694. Signed by Judge Gerald Bruce Lee on 9/22/07. (Attachments: # 1 Receipt)(nhall) (Entered: 09/25/2007) |
| 09/22/2007 | 13 | ORDER granting appearance Pro hac vice of Claudia Margaret O'Brien Filing fee $ 50, receipt number 100003694. Signed by Judge Gerald Bruce Lee on 9/22/07. (Attachments: # 1 Receipt)(nhall) (Entered: 09/25/2007) |
| 09/26/2007 | 15 | Minute Entry for proceedings held before Judge Barry R. Poretz : Initial Pretrial Conference held on 9/26/2007. Appearance of counsel. Discovery plan approved. Order to issue. (ctat, ) (Entered: 10/03/2007) |
| 09/27/2007 | | Notice of Correction re 9 Discovery Plan. The filing user has been notified to file future documents with the correct signature block as to the certificate of service. (nhall) (Entered: 09/27/2007) |
| 09/27/2007 | 16 | Rule 16(b) Scheduling Order – Pursuant to the Rule 16(b) Conference it is ordered that the Rule 26(f) report filed by the parties is approved (except for the provisions for scheduling dispositive motions, which will be set by the district judge) and shall control discovery to the extent of its application unless modified by the court. Signed by Judge Barry R. Poretz on 09/27/07. (Attachments: # 1 Approved Discovery Plan)(ctat, ) (Entered: 10/03/2007) |
| 10/02/2007 | 14 | NOTICE by United States Environmental Protection Agency, Stephen L. Johnson *of Certified Administrative Record* (Attachments: # 1 Petition of FMC Corp. (Nov. 7, 2006)# 2 Letter from Kenneth Weinstein (Mar. 7, 2007)# 3 Letter from Roger Martella (Apr. 3, 2007)# 4 Registration of Food Additive Regs (July 29, 1996))(Wetzler, Lauren) (Entered: 10/02/2007) |
| 10/03/2007 | 17 | NOTICE by United States Environmental Protection Agency, Stephen L. Johnson *of Corrected Administrative Record* (Attachments: # 1 Certification and Index# 2 Petition for Amendment to Rule (Nov. 7, 2006)# 3 Letter from Kenneth Weinstein (Mar. 7, 2007)# 4 Denial of Petition for Rulemaking (Apr. 3, 2007)# 5 Federal Register (July 29, 1996))(Wetzler, Lauren) (Entered: 10/03/2007) |
| 10/03/2007 | 18 | ANSWER to Complaint by United States Environmental Protection Agency, Stephen L. |

| | | |
|---|---|---|
| | | Johnson.(Wetzler, Lauren) (Entered: 10/03/2007) |
| 10/04/2007 | 19 | MOTION for Judgment on the Pleadings *and Memorandum in Support Thereof* by FMC Corporation. (Attachments: # 1 Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D – Part 1# 6 Exhibit D – Part 2# 7 Exhibit E – Part 1# 8 Exhibit E – Part 2# 9 Exhibit F# 10 Exhibit G – Part 1# 11 Exhibit G – Part 2# 12 Exhibit G – Part 3# 13 Exhibit G – Part 4# 14 Exhibit H – Part 1# 15 Exhibit H – Part 2# 16 Exhibit H – Part 3)(Qureshi, Abid) (Entered: 10/04/2007) |
| 10/05/2007 | 20 | MOTION to Intervene by Natural Resoures Defense Council, Inc.. (Attachments: # 1 Memorandum in Support of Motion to Intervene# 2 Proposed Answer# 3 Cert of Service)(Mardula, John) (Entered: 10/05/2007) |
| 10/05/2007 | 21 | Notice of Hearing Date set for December 7, 2007 re 19 MOTION for Judgment on the Pleadings *and Memorandum in Support Thereof* (Qureshi, Abid) (Entered: 10/05/2007) |
| 10/05/2007 | 22 | NOTICE by Natural Resoures Defense Council, Inc. *of Submission of Proposed Order* (Mardula, John) (Entered: 10/05/2007) |
| 10/05/2007 | 23 | NOTICE of Appearance by John Francis Mardula on behalf of Natural Resoures Defense Council, Inc. (Mardula, John) (Entered: 10/05/2007) |
| 10/09/2007 | | Set Deadlines as to 19 MOTION for Judgment on the Pleadings and Memorandum in Support Thereof. Motion Hearing set for 12/7/2007 at 10:00 AM before District Judge Gerald Bruce Lee. (clar, ) (Entered: 10/09/2007) |
| 10/09/2007 | 24 | ORDER granting appearance Pro hac vice of Nancy Marks Filing fee $ 50, receipt number 100004047. Signed by Judge Gerald Bruce Lee on 10/9/07. (Attachments: # 1 Letter# 2 Receipt)(nhall) (Entered: 10/11/2007) |
| 10/09/2007 | 25 | ORDER granting appearance Pro hac vice of Thom Cmar Filing fee $ 50, receipt number 100004047. Signed by Judge Gerald Bruce Lee on 10/9/07. (Attachments: # 1 Letter# 2 Receipt)(nhall) (Entered: 10/11/2007) |
| 10/09/2007 | 26 | ORDER granting appearance Pro hac vice of Mae Wu Filing fee $ 50, receipt number 100004047. Signed by Judge Gerald Bruce Lee on 10/9/07. (Attachments: # 1 Letter# 2 Receipt)(nhall) (Entered: 10/11/2007) |
| 10/09/2007 | 27 | Joint Stipulation And Consent Order Regarding Briefing Schedule that 1. Plaintiff shall file any dispositive motion on October 4, 2007; 2. Defendants will file their opposition to any dispositive motion Plaintiff might file, along with any dispositive motion they might file, on or before moon on Monday, October 29, 2007; 3. Plaintiff will file its reply to any opposition by Defendants, as well as any opposition to any dispositive motion Defendants might file, on or before noon on Wednesday, November 21, 2007. 4. Defendants will file their reply to any opposition by Plaintiffs on or before 5 p.m. on December 3, 2007. 5. Plaintiffs will notice Friday, December 7, 2007, as the date on which their dispositive motion will be heard, or, if the Court is not available to hear the motion on that date for the next date thereafter on which the Court is so available that is mutually agreeable to counsel for both Plaintiff and Defendants. (See Order For Details). Signed by Judge Gerald Bruce Lee on 10/9/07. (nhall) (Entered: 10/11/2007) |
| 10/15/2007 | 28 | Consent Order Regarding Motion To Intervene And Briefing Schedule. IT IS HEREBY STIPULATED AND AGREED by and between FMC, EPA, and NRDC, by their respective counsel, as follows: 1. NRDC's Motion to Intervene as a Defendant in this case is GRANTED. 2. NRDC shall adhere to the same scheduling deadlines as EPA, as set forth in the October 5, 2007 Joint Stipulation and Consent Order Regarding Briefing Schedule, which is incorporated into this Consent Order by reference. (See Order For |

| | | |
|---|---|---|
| | | Details). Signed by Judge Gerald Bruce Lee on 10/15/07. (nhall) (Entered: 10/19/2007) |
| 10/19/2007 | 29 | Notice of Substitution of Counsel of Ralph Andrew Price Jr. by Ralph Andrew Price, Jr on behalf of United States Environmental Protection Agency, Stephen L. Johnson (Price, Ralph) (Entered: 10/19/2007) |
| 10/29/2007 | 30 | Memorandum in Opposition re 19 MOTION for Judgment on the Pleadings *and Memorandum in Support Thereof* filed by Natural Resouces Defense Council, Inc.. (Mardula, John) (Entered: 10/29/2007) |
| 10/29/2007 | 31 | MOTION for Summary Judgment by United States Environmental Protection Agency, Stephen L. Johnson. (Price, Ralph) (Entered: 10/29/2007) |
| 10/29/2007 | 32 | Memorandum in Support re 31 MOTION for Summary Judgment filed by United States Environmental Protection Agency, Stephen L. Johnson. (Price, Ralph) (Entered: 10/29/2007) |
| 10/29/2007 | 33 | Memorandum in Opposition re 19 MOTION for Judgment on the Pleadings *and Memorandum in Support Thereof* filed by United States Environmental Protection Agency, Stephen L. Johnson. (Price, Ralph) (Entered: 10/29/2007) |
| 10/29/2007 | 34 | Reply *LETTER* filed by Natural Resouces Defense Council, Inc.. (Mardula, John) (Entered: 10/29/2007) |
| 11/01/2007 | | Notice of Correction re 30 Memorandum in Opposition. The filing user has been notified to file a separate Certificate of Service. (nhall) (Entered: 11/01/2007) |
| 11/01/2007 | 35 | CERTIFICATE of Service re 30 Memorandum in Opposition by John Francis Mardula on behalf of Natural Resouces Defense Council, Inc. (Mardula, John) (Entered: 11/01/2007) |
| 11/01/2007 | 36 | Brief in Support *(Brief of The American Bird Conservancy as Amicus Curiae in Support of The Environmental Protection Agency)* filed by The American Bird Conservancy. (McDonough, Brooke) (Entered: 11/01/2007) |
| 11/05/2007 | | Notice of Correction re 36 Brief in Support. The filing user has been notified to file future documents with the correct signature block as to the certificate of service and the attorney/party association for first appearance by attorney has been added. (nhall) (Entered: 11/05/2007) |
| 11/21/2007 | 37 | Rebuttal Brief re 19 MOTION for Judgment on the Pleadings *and Memorandum in Support Thereof* filed by FMC Corporation. (Attachments: # 1 Unpublished Opinion)(Qureshi, Abid) (Entered: 11/21/2007) |
| 11/21/2007 | 38 | Memorandum in Opposition re 31 MOTION for Summary Judgment filed by FMC Corporation. (Qureshi, Abid) (Entered: 11/21/2007) |
| 11/21/2007 | 39 | Notice of Hearing Date set for December 7, 2007 re 31 MOTION for Summary Judgment (Price, Ralph) (Entered: 11/21/2007) |
| 11/23/2007 | | Set Deadlines as to 31 MOTION for Summary Judgment. Motion Hearing set for 12/7/2007 at 10:00 AM before District Judge Gerald Bruce Lee. (clar, ) (Entered: 11/23/2007) |
| 11/28/2007 | 40 | ORDER that parties answer and submit supporting memo by 12?00 noon on 12/5/07. Parties shall deliver 2 copies to chambers. Further Ordered that parties address respective answers to the Court's questions at the 12/7/07 hearing on motions.. Signed by Judge Gerald Bruce Lee on 11/28/07. (jsol, ) (Entered: 11/28/2007) |

| | | |
|---|---|---|
| 12/03/2007 | 41 | Reply to 31 MOTION for Summary Judgment *In Support of Defendants' Cross Motion for Summary Judgment* filed by Natural Resouces Defense Council, Inc.. (Mardula, John) (Entered: 12/03/2007) |
| 12/03/2007 | 42 | REPLY to Response to Motion re 31 MOTION for Summary Judgment filed by United States Environmental Protection Agency, Stephen L. Johnson. (Price, Ralph) (Entered: 12/03/2007) |
| 12/04/2007 | | Notice of Correction re 41 Response. The filing user has been notified to file future documents and the certificate of service with the correct signature block. (nhall) (Entered: 12/04/2007) |
| 12/05/2007 | 43 | Memorandum *on Venue on Venue* filed by Natural Resouces Defense Council, Inc.. (Mardula, John) (Entered: 12/05/2007) |
| 12/05/2007 | 44 | Response to 40 Order, *Regarding Venue* filed by FMC Corporation. (Qureshi, Abid) (Entered: 12/05/2007) |
| 12/05/2007 | 45 | Memorandum filed by United States Environmental Protection Agency, Natural Resouces Defense Council, Inc., Stephen L. Johnson. (Price, Ralph) (Entered: 12/05/2007) |
| 12/07/2007 | 46 | Minute Entry for proceedings held before Judge Gerald Bruce Lee : Appearances of counsel.Motion Hearing held on 12/7/2007 re 31 MOTION for Summary Judgment filed by Stephen L. Johnson, United States Environmental Protection Agency, 19 MOTION for Judgment on the Pleadings *and Memorandum in Support Thereof* filed by FMC Corporation – Matter venue argued. Caseis transferred to USDC for the District of Columbia. Order to issue. (Court Reporter Wilson.) (jsol, ) (Entered: 12/07/2007) |
| 12/07/2007 | 47 | ORDER, after review of pleadings and the Cpurt sua sponte raised the issue of venue, for reasons stated in open court on 12/7/07, this case is transferred to the USDC for the District of Columbia.. Signed by Judge Gerald Bruce Lee on 12/7/07. (jsol, ) (Entered: 12/10/2007) |