# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FMC CORPORATION,**

                *Plaintiff,*

    *v.*

**U. S. ENVIRONMENTAL PROTECTION AGENCY,** *et al.*,

                *Defendants.*

Civil Action No.1:07-CV-02277 (RMU)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record: Pursuant to Rule 83.6(a) of the Local Rules of the United States District Court for the District of Columbia please enter the appearance of Kenneth W. Weinstein, of Latham & Watkins LLP, as counsel in this case for Plaintiff FMC Corporation.

Dated: January 7, 2008

Respectfully submitted,

/s/ Kenneth W. Weinstein
Kenneth W. Weinstein
D.C. Bar No. 194548
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
Ken.Weinstein@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January 2008, I caused the foregoing Notice of

Appearance to be filed via the Court's CM/ECF system, which will electronically send notice of

such filing to the following CM/ECF user:

> Brooke Ellinwood McDonough
> bmcdonough@goodwinprocter.com


And I further certify that on January 7, 2008, I caused the document to be served via U.S.

mail, postage pre-paid, upon the following:

> John Francis Mardula
> Roberts Abokhair & Mardula LLC
> 11800 Sunrise Valley Drive
> Suite 1000
> Reston, Virginia 20191-5317
> Telephone: (703) 391-2900
> Facsimile: (703) 391-2901
> Email: JMardula@globe-IP.com


> Robert Andrew Price, Jr.
> Assistant United States Attorney
> Justin W. Williams United States Attorney Building
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> Telephone: (703) 299-3700
> Facsimile: (703) 299-3983
> E-mail: andrew.price@usdoj.gov


> Lauren A. Wetzler
> United States Attorney's Office
> Justin W. Williams United States Attorney Building
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> Telephone: (703) 299-3752
> Facsimile: (703) 299-3983
> E-mail: lauren.wetzler@usdoj.gov

Monica Derbes Gibson
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 514-0135
Facsimile: (202) 514-8865
E-mail: monica.gibson@usdoj.gov

/s/ Kenneth W. Weinstein
  Kenneth W. Weinstein
  D.C. Bar No. 194548
  LATHAM & WATKINS LLP
  555 11th Street, N.W.
  Suite 1000
  Washington, D.C. 20004
  Telephone: 202-637-2200
  Facsimile: 202-637-2201
  Ken.Weinstein@lw.com