AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FMC Corporation

        Plaintiff(s)  )  **APPEARANCE**

        vs.  )  CASE NUMBER 1:07-cv-02277

U.S. Environmental Protection Agency, et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Mae C Wu__ as counsel in this
                                    (Attorney's Name)

case for: __Natural Resources Defense Council, Defendant-Intervenor__
                        (Name of party or parties)

| | |
|---|---|
| 18 January 2008 | *(signature)* |
| Date | Signature |
| | Mae C Wu |
| 976007 | Print Name |
| BAR IDENTIFICATION | 1200 New York Ave., NW, Suite 400 |
| | Address |
| | Washington, DC 20005 |
| | City   State   Zip Code |
| | 202-289-6868 |
| | Phone Number |