IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FMC CORPORATION,**<br><br>*Plaintiff,*<br><br>v.<br><br>**U. S. ENVIRONMENTAL PROTECTION AGENCY,** *et al.***,**<br><br>*Defendants.* | Civil Action No.1:07-CV-02277 (RMU) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record: Pursuant to Rule 83.6(a) of the Local Rules of the United States District Court for the District of Columbia please enter the appearance of Drew C. Ensign, of Latham Watkins LLP, as counsel in this case for Plaintiff FMC Corporation.

Dated: February 1, 2008

Respectfully submitted,

/s/ Drew C. Ensign
Drew C. Ensign
D.C. Bar No. 976571
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
Drew.Ensign@lw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February 2008, I caused the foregoing Entry of Appearance to be filed via the Court's CM/ECF system, which will electronically send notice of such filing to the following CM/ECF users:

>Rudolph Contreras
>rudolph.contreras@usdoj.gov
>
>Brooke Ellinwood McDonough
>bmcdonough@goodwinprocter.com
>
>Keith V. Morgan
>keith.morgan@usdoj.gov
>
>Mae C. Wu
>mwu@nrdc.org

And I further certify that on February 1, 2008, I caused the document to be served via U.S. mail, postage pre-paid, upon the following:

>John Francis Mardula
>Roberts Abokhair & Mardula LLC
>11800 Sunrise Valley Drive
>Suite 1000
>Reston, Virginia 20191-5317
>Telephone: (703) 391-2900
>Facsimile: (703) 391-2901
>Email: JMardula@globe-IP.com
>
>Robert Andrew Price, Jr.
>Assistant United States Attorney
>Justin W. Williams United States Attorney Building
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>Telephone: (703) 299-3700
>Facsimile: (703) 299-3983
>E-mail: andrew.price@usdoj.gov

Lauren A. Wetzler
United States Attorney's Office
Justin W. Williams United States Attorney Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3752
Facsimile: (703) 299-3983
E-mail: lauren.wetzler@usdoj.gov


Monica Derbes Gibson
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 514-0135
Facsimile: (202) 514-8865
E-mail: monica.gibson@usdoj.gov


                /s/ Drew C. Ensign