## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FMC CORPORATION,**<br><br>*Plaintiff,*<br><br>v.<br><br>**U. S. ENVIRONMENTAL PROTECTION AGENCY,** *et al.*,<br><br><br>*Defendants.* | Civil Action No.1:07-CV-02277 (RMU) |

## <u>NOTICE OF APPEARANCE</u>

To the Clerk of this Court and all parties of record: Pursuant to Rule 83.6(a) of the Local

Rules of the United States District Court for the District of Columbia please enter the appearance

of Claudia M. O'Brien, of Latham & Watkins LLP, as counsel in this case for Plaintiff FMC

Corporation.

Dated: February 7, 2008                          Respectfully submitted,

/s/ Claudia M. O'Brien_____
Claudia M. O'Brien
D.C. Bar No. 447354
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
Claudia.O'Brien@lw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February 2008, I caused the foregoing Entry of

Appearance to be filed via the Court's CM/ECF system, which will electronically send notice of

such filing to the following CM/ECF users:

> Rudolph Contreras
> rudolph.contreras@usdoj.gov
>
> Brooke Ellinwood McDonough
> bmcdonough@goodwinprocter.com
>
> Keith V. Morgan
> keith.morgan@usdoj.gov
>
> Mae C. Wu
> mwu@nrdc.org

And I further certify that on February 7, 2008, I caused the document to be served via

U.S. mail, postage pre-paid, upon the following:

> John Francis Mardula
> Roberts Abokhair & Mardula LLC
> 11800 Sunrise Valley Drive
> Suite 1000
> Reston, Virginia 20191-5317
> Telephone: (703) 391-2900
> Facsimile: (703) 391-2901
> Email: JMardula@globe-IP.com
>
> Robert Andrew Price, Jr.
> Assistant United States Attorney
> Justin W. Williams United States Attorney Building
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> Telephone: (703) 299-3700
> Facsimile: (703) 299-3983
> E-mail: andrew.price@usdoj.gov

Lauren A. Wetzler
United States Attorney's Office
Justin W. Williams United States Attorney Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3752
Facsimile: (703) 299-3983
E-mail: lauren.wetzler@usdoj.gov


Monica Derbes Gibson
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 514-0135
Facsimile: (202) 514-8865
E-mail: monica.gibson@usdoj.gov


/s/ Claudia M. O'Brien_