AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FMC Corporation

        Plaintiff(s)      )    **APPEARANCE**

vs.      )    CASE NUMBER 1:07cv02277

U.S. Environmental Protection Agency, et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Monica Derbes Gibson__ as counsel in this
(Attorney's Name)

case for: __U.S. Environmental Protection Agency, et al.__
(Name of party or parties)

2/13/2008
Date

Government Attorney
BAR IDENTIFICATION

*Signature*

Monica Derbes Gibson
Print Name

U.S. Department of Justice, P.O. Box 23986
Address

Washington DC  20026
City    State    Zip Code

202-514-0135
Phone Number