**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FMC CORPORATION,**<br><br>*Plaintiff,*<br><br>v.<br><br>**U. S. ENVIRONMENTAL PROTECTION AGENCY,** *et al.*,<br><br>*Defendants.* | NO: 1:07-CV-02277<br><br>Hon. Ricardo M. Urbina |

## STATEMENT REGARDING ORAL ARGUMENT

Briefing on plaintiff FMC Corporation's motion to transfer venue is now complete. As no party has requested oral argument on the motion, plaintiff respectfully submits that this motion is appropriate for decision on the briefing memoranda filed with the Court.

Dated:  February 19, 2008                    Respectfully submitted,

/s/ Kenneth W. Weinstein_____
Kenneth W. Weinstein  (D.C. Bar No. 194548)
Claudia M. O'Brien (D.C. Bar. No. 447354)
Drew C. Ensign (D.C. Bar. No. 976571)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: ken.weinstein@lw.com

Attorneys for FMC Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February 2008, I caused the foregoing Statement Regarding Oral Argument to be filed via the Court's CM/ECF system, which will electronically send notice of such filing to the following CM/ECF users:

> Rudolph Contreras
> rudolph.contreras@usdoj.gov
>
> Brooke Ellinwood McDonough
> bmcdonough@goodwinprocter.com
>
> Keith V. Morgan
> keith.morgan@usdoj.gov
>
> Mae C. Wu
> mwu@nrdc.org

And I further certify that on February 19, 2008, I caused the document to be served via U.S. mail, postage pre-paid, upon the following:

> John Francis Mardula
> Roberts Abokhair & Mardula LLC
> 11800 Sunrise Valley Drive
> Suite 1000
> Reston, Virginia 20191-5317
> Telephone: (703) 391-2900
> Facsimile: (703) 391-2901
> Email: JMardula@globe-IP.com
>
> Robert Andrew Price, Jr.
> Assistant United States Attorney
> Justin W. Williams United States Attorney Building
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> Telephone: (703) 299-3700
> Facsimile: (703) 299-3983
> E-mail: andrew.price@usdoj.gov

Lauren A. Wetzler
United States Attorney's Office
Justin W. Williams United States Attorney Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3752
Facsimile: (703) 299-3983
E-mail: lauren.wetzler@usdoj.gov


Monica Derbes Gibson
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 514-0135
Facsimile: (202) 514-8865
E-mail: monica.gibson@usdoj.gov

/s/ Kenneth W. Weinstein

DC\1076720.1