**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FMC CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, )<br>)<br>and )<br>)<br>STEVEN L. JOHNSON, in his official )<br>capacity as Administrator of the United )<br>States Environmental Protection Agency, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>NATURAL RESOURCES DEFENSE )<br>COUNCIL, INC., )<br>)<br>Intervenor. )<br>) | Civil Action No. 1:07CV02277-RMU |

**EPA'S RESPONSE TO PLAINTIFF'S STATEMENT
REGARDING ORAL ARGUMENT**

In response to FMC Corporation's "Statement Regarding Oral Argument," filed on February 19, 2008, the Environmental Protection Agency and its Administrator, Steven L. Johnson, ("Defendants") have no objection to this Court's ruling on FMC Corporation's Motion to Transfer Venue without hearing oral argument. However, if the Court would find oral argument helpful, Defendants would welcome the opportunity.

Dated:  February 28, 2008                    Respectfully Submitted,

                                                                                                                 /s/_____
                                                                              Monica Derbes Gibson
                                                                              Environmental Defense Section
                                                                              Environment and Natural Resources Div.
                                                                              U.S. Department of Justice
                                                                              P.O. Box 23986
                                                                              Washington DC  20026
                                                                              Telephone:  202-514-0135
                                                                              Fax:  202-514-8865
                                                                              Email:  monica.gibson@usdoj.gov