IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FMC CORPORATION,**<br><br>   *Plaintiff*,<br> v.<br><br>**U.S. ENVIRONMENTAL PROTECTION AGENCY,** *et al.*,<br><br>   *Defendants*,<br><br>**and**<br><br>**NATURAL RESOURCES DEFENSE COUNCIL, INC.,**<br><br>   *Intervenor.* | Civil Action No. 1:07-CV-02277 (RMU)<br><br>Hon. Ricardo M. Urbina |

## MOTION FOR STATUS CONFERENCE

Plaintiff FMC Corporation ("FMC") respectfully requests that the Court schedule a status conference with the parties at the Court's earliest convenience. In support of this motion, FMC states as follows:

1. This case challenges the legality of a regulation of Defendant Environmental Protection Agency ("EPA") that allocates the burden of proof that applies in an adjudicatory hearing on an EPA proposal to revoke (*i.e.*, "cancel") FMC's license to sell an insecticide known as carbofuran.[1] More specifically, the Complaint alleges that EPA's "burden of proof" regulation for pesticide cancellation proceedings violates the Administrative Procedure Act's

---

[1] Under Section 6(b) of the Federal Insecticide, Fungicide and Rodenticide Act ("FIFRA"), 7 U.S.C. §136d(b), contested proposals to revoke a pesticide registration are decided after an adjudicatory hearing.

allocation of the burden of persuasion in adjudicatory hearings, as determined by the Supreme Court in *Director, Office of Workers' Compensation v. Greenwich Collieries*, 512 U.S. 267 (1994). EPA's regulation forces FMC to bear the burden of persuasion at the hearing as to why its license should not be revoked, rather than EPA bearing the burden of proving why it should be revoked. After EPA denied FMC's petition to amend the regulation to conform to the Administrative Procedure Act and the *Greenwich Collieries* holding, making this dispute ripe for review, FMC brought this suit in August 2007 to obtain a ruling, prior to EPA's initiation of a cancellation proceeding, that the Agency's denial of FMC's rulemaking petition to revise the burden of proof regulation should be set aside.

2. This case was transferred to this Court from the U.S. District Court for the Eastern District of Virginia on December 19, 2007. Prior to transfer, the case had been fully briefed on the merits on cross-motions for judgment on the pleadings and for summary judgment. However, on the date scheduled for hearing of those motions, the Court, per Judge Lee, determined *sua sponte* that venue did not lie in the Eastern District of Virginia and transferred the case to this Court, without affording the Plaintiff an opportunity to be heard on the issue of the court to which the case should be transferred. On January 7, 2008, FMC filed a motion with this Court to transfer venue to the District of Delaware, its home forum; in the alternative, FMC requested transfer back to the Eastern District of Virginia. Both the venue motion and the merits motions are still pending.

3. FMC requests that the court schedule a status conference in order to discuss actions to expedite the final determination of the merits of this case. The reason for the urgency is that EPA has stated that it plans to attempt to revoke FMC's license to market carbofuran. EPA stated on February 5, 2008, that it expects to make a decision by May 2008 whether to

cancel FMC's license, and that, "if our decision remains unchanged, we will be issuing a Notice of Intent to Cancel carbofuran."[2] If EPA proceeds with its stated position to revoke FMC's license, an adjudicatory hearing will be held very shortly.

    4.    For these reasons, FMC moves that a status conference be convened to discuss procedural issues that will permit the Court to expedite the disposition of this action before EPA conducts a cancellation hearing. If this case is not to be transferred to the District of Delaware, FMC will ask the Court to schedule a hearing on the dispositive motions. If the case is to be transferred, the Delaware Court similarly will need time to schedule a hearing on the dispositive motions.

Dated: May 16, 2008

Respectfully submitted,

/s/ Kenneth W. Weinstein
Kenneth W. Weinstein (D.C. Bar No. 194548)
LATHAM & WATKINS LLP
555 11th Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: ken.weinstein@lw.com

*Attorney for FMC Corporation*

---

[2]   *See* Exhibit A appended hereto: Feb. 5, 2008 Transcript of the meeting of EPA's Scientific Advisory Panel on EPA's Notice of Intent to Cancel Carbofuran, at 25.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7(m), I hereby certify that counsel for FMC has conferred with counsel for Defendants and counsel for Intervenor concerning the substance of this Motion. Counsel for Defendants and counsel for Intervenor have advised that they are taking no position on this Motion.

/s/ Kenneth W. Weinstein
Kenneth W. Weinstein

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of May 2008, I caused the foregoing Request of Plaintiff FMC Corporation for Status Conference to be filed via the Court's CM/ECF system, which will electronically send notice of such filing to the following CM/ECF users:

>Rudolph Contreras
>rudolph.contreras@usdoj.gov
>
>Brooke Ellinwood McDonough
>bmcdonough@goodwinprocter.com
>
>Keith V. Morgan
>keith.morgan@usdoj.gov
>
>Mae C. Wu
>mwu@nrdc.org

And I further certify that, on May 16, 2008, I caused the document to be served via U.S. Mail, postage prepaid, upon the following:

>John Francis Mardula
>Roberts Abokhair & Mardula LLC
>11800 Sunrise Valley Drive
>Suite 1000
>Reston, Virginia 20191-5317
>Telephone: (703) 391-2900
>Facsimile: (703) 391-2901
>Email: JMardula@globe-IP.com
>
>Robert Andrew Price, Jr.
>Assistant United States Attorney
>Justin W. Williams United States Attorney Building
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>Telephone: (703) 299-3700
>Facsimile: (703) 299-3983
>E-mail: andrew.price@usdoj.gov

Lauren A. Wetzler
United States Attorney's Office
Justin W. Williams United States Attorney Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3752
Facsimile: (703) 299-3983
E-mail: lauren.wetzler@usdoj.gov

Monica Derbes Gibson
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 514-0135
Facsimile: (202) 514-8865
E-mail: monica.gibson@usdoj.gov

/s/ Kenneth W. Weinstein
Kenneth W. Weinstein

FIFRA SCIENTIFIC ADVISORY PANEL (SAP)

OPEN MEETING

SCIENTIFIC ISSUES ASSOCIATED WITH THE

AGENCY'S PROPOSED ACTION UNDER FIFRA 6(b)

NOTICE OF INTENT TO CANCEL CARBOFURAN

U.S. ENVIRONMENTAL PROTECTION AGENCY

CONFERENCE CENTER- LOBBY LEVEL

ONE POTOMAC YARD (SOUTH BUILDING)

2777 SOUTH CRYSTAL DRIVE

ARLINGTON, VIRGINIA 22202

FEBRUARY 5, 2008

8:38 A.M.

EXHIBIT A

EPA MEETING   02/05/08    Page 25

1  rice, and sugar cane, but we would allow residues on
2  imported commodities if they were within our safety
3  tolerance levels.
4         This is a time line of the NOIC process.  As
5  Dr. Bradbury said, from March through November, we had
6  new submissions, and in November, by November, we
7  realized that we were not going to change...the new
8  assess...new submissions which had all been assessed on
9  an expedited basis had not changed our bottom line
10 decision.  So, we announced this meeting of this panel
11 on November 20th.
12        We then opened a public docket on January
13 8th, and a month from now, we expect that the panel
14 will provide us the report.  We will then
15 review...through March and April, we'll review not only
16 the panel's report but all of the public comments that
17 are submitted, and we expect by April or May to have a
18 decision.
19        If our decision remains unchanged, we will be
20 issuing a Notice of Intent to Cancel Carbofuran.
21 After...if and when we issue that Notice of Intent to
22 Cancel, the registrant will have 30 days to request a
23 hearing.
24        This is just to give you an idea of the types
25 of studies that were submitted between March and



EPA MEETING   02/05/08    Page 348

```
 1                          CAPTION
 2        The foregoing matter was taken on the date,
 3   and at the time and place set out on the Title page
 4   hereof.
 5        It was requested that the matter be taken by
 6   the reporter and that the same be reduced to
 7   typewritten form.
 8        Further, as relates to depositions, it was
 9   agreed by and between counsel and the parties that
10   the reading and signing of the transcript, be and
11   the same is hereby waived.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



COURT REPORTING
Videography   Litigation Technology

800.262.8777   Historic Jordan Springs   1160 Jordan Springs Road   Stephenson, VA 22656   540.667.4582

EPA MEETING  02/05/08    Page 349

1                CERTIFICATE OF REPORTER

2  COMMONWEALTH OF VIRGINIA

3  AT LARGE:

4       I do hereby certify that the witness in the
5  foregoing transcript was taken on the date, and at
6  the time and place set out on the Title page hereof
7  by me after first being duly sworn to testify the
8  truth, the whole truth, and nothing but the truth;
9  and that the said matter was recorded
10 stenographically and mechanically by me and then
11 reduced to typewritten form under my direction, and
12 constitutes a true record of the transcript as
13 taken, all to the best of my skill and ability.
14      I further certify that the inspection, reading
15 and signing of said deposition were waived by
16 counsel for the respective parties and by the
17 witness.
18      I certify that I am not a relative or employee
19 of either counsel, and that I am in no way
20 interested financially, directly or indirectly, in
21 this action.
22
23
24 CHARLES DAVID HOFFMAN, COURT REPORTER / NOTARY
25 SUBMITTED ON FEBRUARY 5, 2008



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FMC CORPORATION,**<br><br>       *Plaintiff*,<br>   v.<br><br>**U.S. ENVIRONMENTAL PROTECTION AGENCY,** *et al.*,<br><br>       *Defendants*,<br><br>**and**<br><br>**NATURAL RESOURCES DEFENSE COUNCIL, INC.,**<br><br>       *Intervenor.* | Civil Action No. 1:07-CV-02277 (RMU)<br><br>Hon. Ricardo M. Urbina |

## ORDER ON MOTION OF PLAINTIFF FMC CORPORATION FOR STATUS CONFERENCE

This matter came before the Court on May 16, 2008, on the Motion of Plaintiff FMC Corporation for Status Conference. The Court being fully advised in the premises, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

The Court FURTHER ORDERS that it shall hold a status conference with all of the parties on _____, 2008 at \_\_\_:\_\_\_\_ \_\_.m. in chambers.

IT IS SO ORDERED.

ENTERED:

By the Court:

Date: _____         _____
                                                                Hon. Ricardo M. Urbina
                                                                United States District Judge