**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| FMC CORPORATION, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-2277 RMU |
| | : | | |
| v. | : | Document No.: | 50 |
| | : | | |
| U.S. ENVIRONMENTAL PROTECTION | : | | |
| AGENCY et al., | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### DENYING THE PLAINTIFF'S MOTION TO TRANSFER

For the reasons stated in this court's Memorandum Opinion separately and

contemporaneously issued this 3rd day of June, 2008, it is hereby

**ORDERED** that the plaintiff's motion to transfer is **DENIED**.

**SO ORDERED**.


RICARDO M. URBINA
United States District Judge