# United States District Court
# For the District of Columbia

FMC Corporation,

        Plaintiff(s)    )    **APPEARANCE**

        vs.    )    CASE NUMBER   07-2277 RMU

U.S. Environmental Protection Agency, and
Stephen L. Johnson, Administrator,
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Aaron Colangelo   as counsel in this
(Attorney's Name)

case for:   Defendant-Intervenor Natural Resources Defense Council.
(Name of party or parties)

July 8, 2008
Date

*[Signature]*
Signature

Aaron Colangelo
Print Name

468448
BAR IDENTIFICATION

1200 New York Ave., NW, Ste. 400
Address

Washington, DC 20005
City        State        Zip Code

(202) 289-6868
Phone Number